151 A.3d 89

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. DARYL NORMAN (A/K/A DARYL M. NORMAN, WILLIAM M. BRYANT, DARYL VENEY, AND DARYL M. VENEY), DEFENDANT-PETITIONER.

September 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000180-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

151 A.3d 90

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. THOR T. FREY (A/K/A LACOUR TEDDY), DEFENDANT-PETITIONER.

September 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-004939-12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.